# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3417

_____

RANDALL PETERSEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

CORRECTED PAGE: 1
CORRECTION IS UNDERLINED IN RED:
Date Added
MAILED: May 20, 2024
BY: KS

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

May 20, 2024

PER CURIAM.

AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Randall Petersen, pro se, Appellant.

Ashley Moody, Attorney General, and Michael L. Schaub, Assistant Attorney General, Tallahassee, for Appellee.